UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CRYSTAL C. SERRANT,<br><br>       Plaintiff,<br><br>-against-<br><br>46TH PRECINCT POLICE DEPARTMENT; HONORABLE JUDGE EMILY MORALES-MINERA; HONRABLE JUDGE RUBEN A. MARTINO; HONORABLE JUDGE BETH BELLER; HONORABLE JUDGE TARA COLLINS,<br><br>       Defendants. | 23-CV-5964 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the January 8, 2024, order, this action is dismissed.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: January 8, 2024
     New York, New York

                  /s/ Laura Taylor Swain
                  LAURA TAYLOR SWAIN
                Chief United States District Judge